UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN KEITH CASH

CIVIL CASE No: 3:18cv475

VS.

UNITED STATES OF AMERICA, et al

FILED
SCRANTON

FEB 27 2018

PER _____
DEPUTY CLERK

I
VENUE
COMPLAINT

1). The plaintiff Brian Keith Cash a citizen of the County of Union, States of PENNsylvania, residing at United States Penitentiary Lewisburg P.O. Box 1000 Lewisburg, PA 17837 wishes to file a complaint Pursuant to Federal Tort Claim Act ("FTCA") 28 U.S.C § 1346 (b) et. seq and 28 U.S.C § 2671-2680 et. seq

II

2). The Defendant is UNITED STATES

III

3). Newcomer Brian Keith Cash pro se and respectfully files complaint of Pursuant to the Federal Tort Claim Act ("FTCA") 28 U.S.C § 1346 (b) et seq and 28 U.S.C § 2671-2680, et seq. In addition the plaintiff attaches a sworn affidavit in further support of his pursuant to the Federal Tort claim Act ("FTCA").....

(1)

# III
## STATEMENT of Facts

1). On March 19, 2017 Plaintiff suffered harm & injuries as a result of medical Negligence, Malpractice and Intentional Assault and Battery committed by staffs. That deprived from Medical Staff & Correctional officers forcing me to submit to hand restraints behind my back. When I had a Doctor order to be placed in hand restraints in the front only. The medical Duty Staffs was on my Door in my medical Jacket. My shoulder injury was well aware amongst the institution staff, medical, Lt's and etc.

2). On May 21, 2016 Plaintiff suffered a severe shoulder injury at USP Canaan which was mis-diagnose by RN Patricia Burgerhoff See Exhibit A

3). On June 6, 2016 plaintiff was seen by MLP Michelle Syzmanski due to numerous complaints about on going pain in right shoulder. When exam plaintiff couldn't lift shoulder. Decrease Range of Active motion, decrease of Passive motion, and was in pain. Plaintiff was refer to physical Therapy treatment and Ct scan  See Exhibit B

4). On July 12, 2016 Plaintiff started seeing a contract worker Alice Tralia a Physical Therapist for Home Health Care Professional, INC. Plaintiff seen her once a week for 6 to 10 wks. which was suppose to last up to 12 weeks see Exhibit C

5) On Aug 2, 2016 Plaintiff was seen by Dr Susan Massitt for a chronic care services. During the review MD Massitt was trying to put me in for a MRI but couldn't do so until I complete therapy for 12 wks see Exhibit D

6) On Sept 6, 2016 Plaintiff was transferred to U.S.P Lewisburg, so he received a Discharged from his Physical Therapy Treatment. The Physical Therapy sent a report regarding Plaintiff shoulder injury. See Exhibit E

7). After plaintiff arrived at U.S.P Lewisburg. On Sept 12, 2016 the plaintiff was seen by MD Andrew Edinger for his chronic care 14 day New arrival evaluation since Plaintiff complaint to Dr. Edinger about his shoulder pain. The plaintiff ! doctor discussed steroid injection in shoulder for therapeutic Option. Also the Doctor said he would pursue an orthopedicist evaluation after steroid injection. See Exhibit F

8). On Sept 13, 2016 a medical Duty Status was done by MD Andrew Edinger which he recommend front cuff with martin chain because of injury, shoulder injury. Restraint Restrictions cuff only front. See Exhibit G

9). On Sept 21, 2016 plaintiff was given a Therapeutic / Diagnostic injection in shoulder by PA-C Jennifer Seroski. On Nov 1, 2016 received a Methylprednisolone Acetate injection in shoulder by Orthopedicist Dr. Ball ... See Exhibit H

10). On Nov 2, 2016 Plaintiff front cuff was renew or Medical Duty Status was updated on numerous times by Jennifer Seroski cause it expired every 60 to 90 days... See Exhibit I

11). On Dec 2, 2016 plaintiff requested during sickcall to PA-C Jennifer Seroski that his medical Duty Status (MDS) be put on his door. To keep from having issues with correctional officers. See Exhibit J

12). On March 1, 2017 plaintiff received a Therapeutic / Diagnostic injection in his right shoulder from PA-C Jennifer...

13). On March 7, 2017 my medical Duty Status (MDS) front cuff pass was reviewed by PA-C Jennifer Sescoski cause the current one was due to expire see Exhibit X

14). On March 8, 2017 the plaintiff and entire C-Block 3rd floor was move from C-Block to J-Block cell #115. While been escorted to cell #115 in J-Block CO Jeffrey Stroud said why do you have a Martin Chain? cuff self in front. Plaintiff explained that he have a shoulder injury and have been front cuff for 6 months, due to his injury of shoulder and upper area a unspecific injury. CO Stroud said we don't do martin chains in this unit it's to much work. So if you want a shower and Recreation you need to learn to be handcuff from behind your back.

15). On March 9, 2017 when it came to Plaintiff going to Recreation CO stroud tried to make plaintiff submit to handcuffs behind his back. The plaintiff refused and ask to see a Lt or medical Plaintiff showed C.O Arnold & stroud the Doctor Recommendation for front cuff only Restriction Medical Duty status sheet that was taped on his cell door. Plaintiff was allowed to go to Rec. Both CO's told plaintiff later day they aint have to honor it cause is say Recommend on (MDS).

16) On March 10, 2017 CO stroud denied the plaintiff his shower cause he refused to be handcuff behind his back. Plaintiff was told he will not receive Recreation either. So the plaintiff spoke to Ault Kaszuba who was making rounds about the issues. The Ault ask if I spoke to the Lt. I told him No I have not. The Ault sent Lt Michael Kerner to my cell. I explain to the Lt about my front cuff Restriction that was approved by medical. Also I told him he could speak with all the Lt's who work on the side that I just came from. They all are aware of my situation. I let the Lt know that the officer said I will not get feed. The Lt said you will not get a shower or Rec but you will definitely eat.

(4)

17). On March 10, 2017 the Plaintiff was told by C.O stroud that since he had switch to the Acs i Lt he ain't got nothing coming. When the food tray was passed out C.O stroud didn't feed plaintiff ase his cellmate Lamond Pushey. Review range camera it will show 4 food trays in front of cell March 10, 2017...

18). Plaintiff and his cellmate requested to see a Lt concerning been denied they food. They was denied to see a Lt. So plaintiff flooded the range. The C.O stroud then fabified a report saying plaintiff threaten him. All plaintiff did was flood. Staff fabricated incident report so plaintiff would be put in Restraints.

19). Lt Kearnes came to cell # 115 and the plaintiff explained to the Lt he nor his cellmate aint eat. The Lt said said you threaten my officer you going in Ambulatory Restraints and I im going to make you feel real uncomfortable. Review range camera you will see Lt at door.

20). On March 10, 2017 Lt/C.O Hunter came to plaintiff and the plaintiff explain to him. He can't be put in hand cuffs behind his back due a unspecific shoulder injury. The plaintiff told him to read (MDS) when he did (Review range camera): see Exhibit C

21). Approximately 11:10 A.M. medical staff, Lt's Kearnes and Ssd Team arrived at the plaintiff cell door. The plaintiff explain to medical staff NREMT&P Sarah Dees that he was front cuff only with a mastic chain. The medical Duty status on his door stated this. Medical Sarah Dees said there is No Restriction. fabricated this in her clinical Encounter report  See Exhibit M

22). The plaintiff was force to submit to hand cuffs with hands behind his back. Soon as the plaintiff submitted to hand cuffs behind his back. The plaintiff felt a sharp pain in shoulder. When the plaintiff arms was pulled behind his back and force in the air. Plaintiff felt a pop in his shoulder

cause plaintiff arms was forced in the air. When he had Decrease in his range of motion due to unspecific shoulder injury. (Revised surgery with Sept Tear)

23). The plaintiff was put in Ambulatory Restraints for more than 24 hours. The plaintiff explain to all the medical staff that he was in pain. The plaintiff spoke to nurses LT's during restraint check and they all said this should not have never happen. But because medical staff use the word Recommend a issue got out of hand. I should not have been subject to handcuffs behind your back.

24). The plaintiff medical Duty Status was corrected. The Word Recommend was taking off the Medical Duty Status to rectify mistake. See Exhibit N

25). The plaintiff continue to complaint that he was in pain. The medical staff said that he was schedule to get a M.R.I. which he did on 3/29/17. But his complaints to sickcall wasn't document to cover everything up.

26). The plaintiff seen the orthopedicist Dr. Ball on 4/6/17 were plaintiff was given a steroid injection due to the horror suffered & pain from that incident. Plaintiff had decrease flexion, and Decrease Abduction to 70 degrees. And Dr. Ball recommend front cuff due to incident. see Exhibit O

27). Medical Staff NREMT-P Sarah Dees and the PA of the Unit was negligence for Ignoring obvious conditions for failing to Investigate enough to make an informed judgement. My medical Records would have confirmed my injury. There was Negligence for making a decision based on non-medical factors which was to Intentional Assault and Battery me. Medical Staff over look my Medical Duty Status that stated my front cuff only. Restriction. This was on my Door. The medical staff didn't have or didn't use the skills or professional judgment that is seen in the medical field. The decision that was made was inadequate and negligent.                      (6)

28). Plaintiff is bringing actions and allegations against inter alia the United States pursuant to the Federal Tort Claim Act ("FTCA") for injuries suffered as the result of forcing me to cuff up with my hands behind my back. Which occurred at USP Lewisburg on March 10, 2017. Plaintiff is filing this complaint on the United States for the harm suffered by the Assault and Battery and medical negligence. The inmate had a shoulder surgery and is still experiencing pain since the Oct 17, 2017 surgery

29). The USP Penitentiary Lewisburg medical staff was inadequate and negligent when they force me to cuff up behind my back, force my injury arms & shoulder in the air when there was Decease range of motion. Allowing the Sort Team to use excessive force when medical Documents stated my injury. As well as the medical duty status on my door. Medical Staff was negligence and inadequate with these decision. Allowing other staff to use excessive force which cause me harm, injury, and pain. Due to this medical staff nor the staff wasn't effective...

30). The United States owes federal inmates a duty of care to protect them from unreasonable. The duty to use reasonable care in ensuring the safety of all inmates housed at USP Lewisburg. The duty of care which the United States owes to federal inmates is ordinary diligence to keep inmates safe from harm... 18 U.S.C 4042

31). Medical staff and other staff were acting within the scope of his/her employment when the negligence, malpractice, excessive force occurred. Every one that was involved was acting within the scope of his or her employment. These actions did cause negligent & a wrongful act or omission. The Assault and Battery was deliberate acts that cause harm especially when medical staff and numerous staff knew of my shoulder injury

(7)

32). Medical was negligent in exercising reasonable care and meeting established professional standards in doing their work and was acting within the scope of his/her duty. The harm suffered, pain and injury to my shoulder was a deliberate act that cause harm to my shoulder.

## I.V. Exhaustion of Legal Remedies

The plaintiff filed a Form 95 administrative claim to the appropriate federal agency on Mar 27, 2017 and the agency denied claim on Sept 29, 2017. See Exhibit

## V. Prayer for Relief

Wherefore, plaintiff prays that this court enter judgment Granting Plaintiff a declaration that the negligent acts and omissions as well as Assault & Battery described here in this complaint is a violation under the pursuant to Federal Tort Claim Act,

Granting Plaintiff compensative damages in the amount of # 100,000 for the harm suffered to the plaintiff, the pain caused & injury from the negligent, malpractice, Assault and Battery (excessive force) under the (Federal Tort Claim Act) and granting any additional relief this court deems, just proper and equitable...

Date: 2/20/18

Brian Cash

Brian Cash # 19124-057
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17857

## Verification

I have read the foregoing complaint and here by verify that the matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct...

(8)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | |
|---|---|
| Inmate Name:  CASH, BRIAN KEITH | Reg #:  19124-057 |
| Date of Birth:  03/06/1977 | Facility:  CAA |
| Encounter Date:  05/21/2016 17:10 | Unit:  Z01 |

Sex:    M    Race:  BLACK
Provider:  Burgerhoff, Patricia RN

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY  1        Provider:   Burgerhoff, Patricia RN**

| | | |
|---|---|---|
| **Date of Injury:** | 05/21/2016 17:10 | **Date Reported for Treatment:**   05/21/2016 18:00 |
| **Work Related:** | No | **Work Assignment:**   SHU UNASSG |
| **Pain Location:** | Shoulder-Right | |
| **Pain Scale:** | 10 | |

**Pain Qualities:** Tender

**Where Did Injury Happen (Be specific as to location):**
Compound near B1 housing unit.

**Cause of Injury (Inmate's Statement of how injury occurred):**
Immediate Use of Force.

**Symptoms (as reported by inmate):**
"Right shoulder hurts".

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/21/2016 | 18:00 CAA | 98.0 | 36.7 | Tympanic | Burgerhoff, Patricia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/21/2016 | 18:00 CAA | 68 | Radial | Regular | Burgerhoff, Patricia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/21/2016 | 18:00 CAA | 16 | Burgerhoff, Patricia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/21/2016 | 18:00 CAA | 126/67 | Left Arm | Sitting | Adult-large | Burgerhoff, Patricia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/21/2016 | 18:00 CAA | 99 | Room Air | Burgerhoff, Patricia RN |

**Exam:**

**General**

**Affect**
Yes: Pleasant, Cooperative

**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed, Unconscious, Lethargic, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Diaphoretic

**Skin**

| Inmate Name: CASH, BRIAN KEITH | | Reg #: 19124-057 |
|---|---|---|
| Date of Birth: 03/06/1977 | Sex: M  Race: BLACK | Facility: CAA |
| Encounter Date: 05/21/2016 17:10 | Provider: Burgerhoff, Patricia RN | Unit: Z01 |

## Exam:
### General
Yes: Dry, Warmth, Tenderness, Erythema
No: Within Normal Limits, Skin Intact, Clammy, Cool, Diaphoretic
### Trauma
Yes: Abrasion
No: Deformity, Swelling, Laceration, Ecchymosis
## Eyes
### General
Yes: PERRLA
## Neck
### General
Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline
No: Trauma
## Pulmonary
### Observation/Inspection
Yes: Within Normal Limits
No: Respiratory Distress
### Auscultation
Yes: Clear to Auscultation
## Cardiovascular
### Observation
Yes: Within Normal Limits, Normal Rate, Regular Rhythm
## Peripheral Vascular
### Arms
Yes: Radial Pulse Normal, Capillary Refill Normal
## Musculoskeletal
### Shoulder
Yes: Normal Exam R, Full Range of Motion R, Normal Bony Landmarks R, Symmetric R, Normal Active ROM R, Warm to Touch R, Tenderness R, Trauma R, Abrasion(s) R
No: Non-Tender on Palpation R, Joint Deformity R, Swelling R, Ecchymosis R, Erythema R, Crepitus R, Clicking R, Popping R, Locking R, Laceration(s) R
### Gait
Yes: Normal Gait

## Comments
Right posterior shoulder abrasion noted.

## ASSESSMENT:
Cut(s) and/or Abrasion(s)
MINOR INJURY:

Immediate Use of Force. AA Ox3 ambulatory steady gait. VSS. Afebrile. PERRLA. Lungs clear, bilaterally. Breathing unlabored. Able to speak in full sentences without being winded. Complains of 10/10 tender pain to right shoulder. No boney deformity noted. Abrasion x 1 noted. +CCSM, +distal pulses. Full ROM. Cleansed with sterile water and applied XL bandaid. NAD. No other injury noted or voiced.

## PLAN:

## Disposition:

# Bureau of Prisons
# Health Services
# Clinical Encounter

TC
USP.C

| Inmate Name: CASH, BRIAN KEITH | | | Reg #: | 19124-057 |
|---|---|---|---|---|
| Date of Birth: 03/06/1977 | Sex: M | Race: BLACK | Facility: | CAA |
| Encounter Date: 06/06/2016 14:32 | Provider: Szymanski, Michelle | | Unit: | Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

   **COMPLAINT 1**      **Provider:** Szymanski, Michelle CRNP

   **Chief Complaint:** Muscle/Joint Ache

   **Subjective:** Inmate states that he has been having ongoing pain in his right shoulder states it to be a 10 onset 2 weeks after he says he was taken to the ground by officers. Pt had xray which was negative pt has been taking Tylenol with little relief will consult for ct scan.

   **Pain:** Yes

   **Pain Assessment**

   | | |
   |---|---|
   | Date: | 06/06/2016 14:32 |
   | Location: | Shoulder-Right |
   | Quality of Pain: | Aching |
   | Pain Scale: | 10 |
   | Intervention: | ct scan |
   | Trauma Date/Year: | |
   | Injury: | |
   | Mechanism: | |
   | Onset: | 1-2 Weeks |
   | Duration: | 1-2 Weeks |
   | Exacerbating Factors: | pain increases with movement |
   | Relieving Factors: | none |
   | Comments: | |

**OBJECTIVE:**

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/06/2016 | 14:33 CAA | 14 | Szymanski, Michelle CRNP |

**Exam:**
   **General**
      **Affect**
         Yes: Pleasant, Cooperative

      **Appearance**
         Yes: Appears Well

   **Skin**
      **General**
         Yes: Within Normal Limits, Dry, Skin Intact

   **Head**
      **General**
         Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits

   **Cardiovascular**

| Inmate Name: | CASH, BRIAN KEITH | | | Reg #: | 19124-057 |
| Date of Birth: | 03/06/1977 | Sex: | M Race: BLACK | Facility: | CAA |
| Encounter Date: | 06/06/2016 14:32 | Provider: | Szymanski, Michelle | Unit: | Z01 |

**Exam:**

**Observation**
Yes: Within Normal Limits

**Musculoskeletal**
**Shoulder**
Yes: Tenderness, Decreased Range of Active Motion, Decreased Range of Passive Motion

**Exam Comments**

pt cannot lift arm up without significant pain will refer for Physical therapy

**ASSESSMENT:**

Injury of shoulder and upper arm, unspecified, S4990XS - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 06/06/2016 14:32 | 800mg Orally - Two Times a Day x 4 day(s) -- take with food acute pain after right shoulder injury |

Indication: Injury of shoulder and upper arm, unspecified

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 07/31/2016 | 07/31/2016 | Routine | No | |

Subtype:
On-Site, CT Scan
Reason for Request:
consult is for right shoulder ct scan has bullet fragments in leg cannot have MRI inmate had a recent shoulder injury 2 weeks xray was neg decreased ROM cannot lift arm up very limited Physical therapy ordered

| Physical Therapy | 06/30/2016 | 06/30/2016 | Routine | No | |

Subtype:
On-Site, PT
Reason for Request:
consult is for right shoulder physical therapy has been having increased pain and decreased ROM after inmate was restrained by officers. Pt has been taking Tylenol no relief.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 08/02/2016 10:00 | MLP 01 |

pt has a ct ordered for ongoing right shoulder pain after officers took him to the ground xray was negative follow-up on ssame

**Disposition:**

Follow-up at Sick Call as Needed
Will Be Placed on Callout
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

(12)

| HOME HEALTH CARE PROFESSIONALS, INC. | CASH, BRIAN KEITH [8971]   1 |
|---|---|
| 940 SCRANTON-CARBONDALE HWY<br>EYNON PA 18403 | ICN: X54CBN0202785454 |

Patient:
```
CASH, BRIAN KEITH  [8971]
3057 EASTON TRPK,
WAYMART, PA  18472        (570) 488-8000
```

```
Visit Date: 08/16/2016     In: 09:35 AM  Out: 10:20 AM    Hours: 0.75
Service: QUALIFIED PT DIRECT CARE  [421]
Employee: TONKIN, ALICE E (TONKIN)
```
08/16/2016

---

## THERAPY INFORMATION

Plan of Treatment:
```
     Therapeutic exercises
          ROM exercises RUE                  Pendulum exercises with R shoulder
                                             Gentle assist for shoulder flexion, abduction,
                                                 internal and external rotation
          Active, active-assistive exercises RUE   Supported shoulder flexion/extension by moving
                                                 hands down and up legs while seated.
                                             — 10reps BUE supine 3 cane exercises
     ( Resistive exercises for BUE )         — 10reps BUE standing cane ex for hyperextension
                                             . — Level 2 resist band for BUE shoulder flexion with
                                                 elbow extension; shoulder extension with
                                                 elbow flexion 10x2reps
                                             — Level 3 resist band 2 ply 10x2reps Biceps curls
                                                 and Triceps curls
     Instruction in home exercise program    HEP activities to continue
```

```
     Return 08-30-16 and continue plan of care for increasing ROM and strength of the R shoulder, reduction of
     shoulder pain.
```

Subjective, Assessment, Comments:
```
     Pt states that he is still having pain in the shoulder and movement has not improved much.  He states
     that as long as he doesn't get his shoulder bumped or grabbed or pulled, he does not have too much pain
     at night and can sleep.  If anyone grabs his shoulder or pulls his arm when cuffing him, he does have
     more pain and difficulty sleeping.  Pt is concerned that he may get transferred before they are able to
     further evaluate his shoulder with an MRI and that he would then have to start over again at another
     facility trying to get it taken care of.
```

```
     ROM remains limited actively and passively.  Pt is working on pendulum exercises and some active
     exercises within limited ranges.  Passively, therapist is able to attain a few more degrees of shoulder
     flexion and abduction but this remains very limited by pain.  Pt is able to work on light strengthening
     of the lower arm musculature and very low shoulder range when combined with elbow movement.
```

```
     Instructed pt to continue with home exercise program within limits of pain.  Informed him that therapist
     will be unavailable next week but will return the following week.
```

Homebound:
```
     Homebound Reason(s): Other (Specify): INMATE AT FEDERAL PENITENTIARY
     Comments: SPECIAL HOUSING UNIT
```

---

## THERAPY REASSESSMENT (THERAPIST ONLY)

Therapy Progress:

Response to treatment influenced by:

---

| Nurse's or Therapist's Signature: | Document Electronic Approval: | TONKIN, ALICE E (TONKIN)    08/17/2016  15:53<br>PHYSICAL THERAPIST |
|---|---|---|

[VA] [GT]

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: | 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M   Race: BLACK | Facility: | CAA |
| Encounter Date: 08/02/2016 15:26 | Provider: Mowatt, S. MD | Unit: | Z01 |

Chronic Care – Chronic Care Clinic encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1        Provider: Mowatt, S. MD**

**Chief Complaint:** GASTROINTESTINAL

Subjective:   Pt with hiatal hernia, has been taking PPI and sulcrafate for quite some time now, cautioned him that PPI chronically can lead to bone issues due to low calcium absorption, also there is some literature that suggests it may cause kidney issues, will try to d/c PPI and cont sulcrafate and see how he does, if his sx are intolerable he will need to assume risk of omeprazole and it can be restarted,

Pain:         Not Applicable

**COMPLAINT  2        Provider: Mowatt, S. MD**

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

Subjective:   R shoulder pain since immediate use of force in May 2016, I stated to him, so you were standing there minding your own business and they "slammed you to the floor for no reason?" he said "no, I did not say that but since then my shoulder hurts." conflicting information in chart, one provider states resolution of pain, other states cont pain, he is presently doing physical therapy, he states she, the physical therapist,  said she thinks his rotator cuff is torn, no records yet reviewed, xray negative, will consider future imaging if needed but first needs to complete therapy, the region will not approve imaging until therapy complete, he states he has 10/10 pain, unable to reach above head, constant pain,

Pain:         Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/03/2016 09:44 |
| Location: | Shoulder-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 10 |
| Intervention: | nsaids/therapy |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | reaching overhead |
| Relieving Factors: | nothing |
| Comments: | |

Seen for clinic(s): Gastrointestinal

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/02/2016 | 15:26 CAA | 97.9 | 36.6 | | Mowatt, S. MD |

**Pulse:**

| Inmate Name: | CASH, BRIAN KEITH | | | Reg #: | 19124-057 |
|---|---|---|---|---|---|
| Date of Birth: | 03/06/1977 | Sex: M | Race: BLACK | Facility: | CAA |
| Encounter Date: | 08/02/2016 15:26 | Provider: Mowatt, S. MD | | Unit: | Z01 |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 140996-CAA | Omeprazole 20 MG Cap | 08/02/2016 15:26 | Take two capsules (40 MG) by mouth each morning at least 30 minutes before breakfast (GI CCC) |

**Discontinue Type:** *When Pharmacy Processes*
**Discontinue Reason:** *discontinue*
**Indication:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| — Radiology | 09/28/2016 | 09/28/2016 | Routine | No | |

    **Subtype:**
        Off-Site Other
    — **Reason for Request:**
        off site CT without contrast of R shoulder

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 07/17/2017 00:00 | Physician 02 |

**Disposition:**
    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed

**Other:**
    GI hiatal hernia, stop PPI and cont sulcrafate and see how he does
    — R shoulder pain since May 2016, was involved with immed use of force, xray normal, review of PT assessment minimize nsaids due to GI issues

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/03/2016 | Counseling | Access to Care | Mowatt, S. | Verbalizes Understanding |
| 08/03/2016 | Counseling | Plan of Care | Mowatt, S. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Mowatt, S. MD on 08/11/2016 12:33

**HOME HEALTH CARE PROFESSIONALS, INC.**
**940 SCRANTON-CARBONDALE HWY**
**EYNON PA 18403**

# DISCHARGE SUMMARY

Birthday: 03/06/77
Sex: M                    Marital:
County:  WAYNE
Office:   HOME HEALTH
Locality:
Team: HH
Race: Black/African American
Height:                 Weight:

**CASH,  BRIAN KEITH**
**3057 EASTON TRPK**
**WAYMART  PA  18472**

**ID:  8971**

| Dates Covered: 07/12/16 through 09/07/16 |
|---|

**Insurance:**

INTEGRATED MEDICAL SOLUTIONS
    19124-057

Z5189    Encounter for other specified aftercare
M25511   Pain in right shoulder

**Physicians:**

**MOWATT, SUSAN**
**PO BOX 400**
**WAYMART PA  18472**
**(570) 488-8512  Fax:**

**Discharge Reason: DISCHARGED OTHER**
**Disciplines Being Discontinued:**  ☐ SN   ☒ PT   ☐ ST   ☐ OT   ☐ MSW   ☐ AIDE
**Patient Follow Up:**   ☒ Self Care   ☐ Family/Friend   ☐ Private Physician
                         ☐ Clinic       ☐ S/S Agency      ☒ Other

**Level of Improvement:  Plateau**

## Evaluation of Established Goals at Termination, Patient Follow Up ...

Pt seen x6 for physical therapy on a weekly basis due to being ifn Special Housing Unit.  Learned today that
he has been transferred to another facility out of the HHCP geographic area so is being discharged from home
health services.  Pt has had slight decrease in pain level at the shoulder from 9/10 at admission and getting
no sleep to 5 to 7/10 and sleeping slightly better.  There has been improvement in strength of the lower arm
with resisted exercise in supported positions for elbow flexion and extension but no significant improvement
at the shoulder for ROM or strength.  Had been told that pt was being submitted for regional approval of MRI
or CT scan but he has now been transferred.  Pt appears to have been following through with home exercise
program and due to the lack of improvement it is likely that he has internal derangement of the shoulder and
will need ortho consult and imaging for diagnosis and further treatment.  As of last visit on 08-30-16, pt's
RUE is non-functional due to shoulder injury.

MOWATT, SUSAN   1699743450
PO BOX 400, WAYMART PA  18472

Document Electronic Approval: TONKIN, ALICE E (TONKIN), PHYSICAL THERAPIST  09/07/2016

Employee: TONKIN, ALICE E (TONKIN)

Exhibit F

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  CASH, BRIAN KEITH | | Reg #:  19124-057 |
| Date of Birth:  03/06/1977 | Sex:      M    Race:  BLACK | Facility:  LEW |
| Encounter Date:  09/12/2016 08:10 | Provider:  Edinger, Andrew MD | Unit:     B03 |

Chronic Care - 14 Day Physician Eval encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**         **Provider:** Edinger, Andrew MD

**Chief Complaint:** GASTROINTESTINAL

**Subjective:** Inmate presents for 14 day new arrival evaluation.  He is known to me from his previous stay at USP Lewisburg.  He has a known history of GERD which is currently managed with Sucralfate.  He states that this is working well at controlling his symptoms.  His main complaint today is ongoing right shoulder pain.  Symptoms have been present since 5/24/16.  He had and x-ray and was treated with Tylenol and physical therapy for approximately 10 weeks.  He states that nothing has altered the pain and his mobility remains poor.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/13/2016 08:15 |
| Location: | Shoulder-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 8 |
| Intervention: | physical therapy |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | movement |
| Relieving Factors: | rest at his side |
| Comments: | Inmate reports 8/10 pain but shows no visible signs of distress, particularly when distracted. |

Seen for clinic(s): Gastrointestinal

**ROS:**

**General**

**Constitutional Symptoms**

No: Fatigue, Fever, Unexplained Weight Loss, Weight Gain

**Integumentary**

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Within Normal Limits

**Mouth**

Yes: Within Normal Limits

**Cardiovascular**

(17)

| | | |
|---|---|---|
| Inmate Name:  CASH, BRIAN KEITH | | Reg #:   19124-057 |
| Date of Birth:  03/06/1977 | Sex:   M   Race:  BLACK | Facility:  LEW |
| Encounter Date:  09/12/2016 08:10 | Provider:  Edinger, Andrew MD | Unit:   B03 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 165670-LEW | Sucralfate Tablet 1 GM | 09/12/2016 08:10 | Take one tablet (1 GM) by mouth twice daily Take with a glassful of water on empty stomach x 180 day(s) |

**Indication:** Esophageal reflux

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 09/28/2016 | 09/28/2016 | Routine | No | |

Subtype:

Reason for Request:

off site CT without contrast of R shoulder

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 08/31/2017 00:00 | Physician |

Must see by 9/11/17

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

Inmate is medically stable.  I discussed steroid injection of his shoulder as the next appropriate therapeutic option.  I told him that I would also pursue an orthopedic surgery evaluation, but this would come after a steroid injection.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/13/2016 | Counseling | Plan of Care | Edinger, Andrew | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Edinger, Andrew MD on 09/13/2016 08:29

B309 310
TC

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  19124-057                    Inmate Name:  CASH, BRIAN KEITH

__ Medical Hold: Do not transfer inmate for Medical Reason.

## Housing Status

__ confined to the living quarters except  __meals  __pill line  __treatments   Exp. Date: _____

__ on complete bed rest:  __bathroom privileges only   Exp. Date: _____

__cell:  __cell on first floor  __single cell  __lower bunk  __airborne infection isolation   Exp. Date: _____

__other: _____   Exp. Date: _____

## Physical Limitation/Restriction

X  all sports   Exp. Date: 12/02/2016

__ weightlifting:  __upper body  __lower body   Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball   Exp. Date: _____
           __football  __basketball  __handball  __stationary equipment

__ other: _____   Exp. Date: _____

## May have the following equipment in his / her possession

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 08/28/2012 | | |
| Delivered by SHU PA | | | |
| Resistive Exercise Band(s) | 05/18/2009 | 09/09/2016 | |
| Arch Supports | 05/18/2009 | 09/09/2016 | |
| AETREX 2 pair for increased cushion to shoes | | | |

## Work Restriction/Limitation

Cleared for Food Service:  Yes _____

X  No Restrictions

## Restraint Restrictions

X cuff only front   __no leg irons   __no face down position in four-point restraints

__no CN gas   __no pepper spray

__ no cuff:  __right arm  __left arm  __right leg  __left leg

X other:  Recommend front cuff with Martin chain because of right shoulder injury   Exp. Date: 11/01/2016

Comments:  metal detector: right hip/femur rod and screw

**Edinger, Andrew MD**                    09/13/2016
Health Services Staff                        Date

Inmate Name:    CASH, BRIAN KEITH     Reg #:  19124-057   Quarters:  B03

*ALL EXPIRATION DATES ARE AT 24:00*

(19)

Exhibit H

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

## A. IDENTIFICATION

**OPERATION OR PROCEDURE**

Therapeutic/Diagnostic Injection

## B. STATEMENT OF REQUEST

1. The nature and purpose of the operation or procedure, potential benefits and drawbacks, potential problems related to recuperation, likelihood of success, possible results of non-treatment, and any significant alternatives have been fully explained to me. I have also been informed that there are other risks, which include but are not limited to severe loss of blood, infection, and cardiac arrest, that are attendant to the performance of any surgical procedure. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be:  (Description of operation or procedure in layman's language)

Injection techniques are helpful for diagnosis and therapy in a wide variety of conditions. The injections may be used to determine the cause of the condition (diagnostic), to treat the condition (therapeutic), or both diagnostic and therapeutic. Often, a diagnosis can be made from analysis of tissue, cells, or fluid. In addition, the assessment of pain relief and increased range of motion can be used as a diagnostic tool. Therapeutic indications include the delivery of local anesthetics for pain relief and the delivery of corticosteroids for suppression of inflammation.

which is to be performed by or under the direction of ____Jennifer Seroski____

On _09/21/2016_____ (date)

2. I request the performance of the above - named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below - named medical facility, during the course of the above - named operation or procedure.
3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below named facility.
4. Exceptions to surgery or anesthesia, if any, are:
5. I request the disposal by authorities of the below - named medical facility of any tissues or parts which it may be necessary to remove.
6. I understand that photographs and movies may be taken of this operation , and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions.
    a. The name of the patient and his/her family is not used to identify said pictures.
    b. Said pictures be used only for purposes of medical/dental study or research.

## C. SIGNATURES
(Appropriate items in Parts A and B must be completed before signing)

1. COUNSELING PRACTITIONER: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

(Signature of Counseling Practitioner)

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

(Signature of Witness, excluding members of operating team)

X _____ (Signature of Patient)

9/21/16  1320 (Date and Time)

3. SPONSOR OR GUARDIAN: (When patient is unable to give consent): As sponsor/guardian, I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

(Signature of Witness, excluding members of operating team)

(Date and Time)

Printed Name of Sponsor or Legal Guardian

(Signature of Sponsor or Legal Guardian)

(Date and Time)

| PATIENT'S IDENTIFICATION (FULL NAME & REGISTRATION NO.) | (For typed or written entries give: Name-last, first, Middle; grade; date; hospital or medical facility) | |
|---|---|---|
| CASH, BRIAN KEITH | 19124-057 | LEW--LEWISBURG USP |

# Bureau of Prisons
## Health Services
### Consultation Request

B          USP-C

| | |
|---|---|
| **Inmate Name:** CASH, BRIAN KEITH | **Reg #:** 19124-057   **Complex:** LEW |
| **Date of Birth:** 03/06/1977 | **Sex:** M |

**Consultation/Procedure Requested:** Orthopedic Surgery

11-1-16

**Subtype:** Evaluation - On-site

c/o pain in (R) shoulder

**Priority:** Routine
**Target Date:** 10/06/2016

**Reason for Request:**
Decreased ROM of right shoulder for last 5-6 months. Inmate tried Tylenol and had steroid injection without relief.
He was doing own PT as directed by previous facility. Normal shoulder x-ray

Hx of pain X 6 mos.

**Provisional Diagnosis:**
shoulder pain, decreased ROM
R/o tear

Hx of Injection (R) shoulder.

**Medications (As of 10/19/2016)**
Sucralfate Tablet 1 GM  Exp: 03/12/2017  SIG: Take one tablet (1 GM) by mouth twice daily Take with a glassful of
water on empty stomach
OTC-Hydrocortisone Cream 0.5 % (OTC) 30 gm  Details:use as directed on product packaging
OTC-Simethicone 80 MG Chew (OTC) 24 count  Details:use as directed on product packaging

States he was slammed down

**Allergies (As of 10/19/2016)**
Bactrim

**Health Problems (As of 10/19/2016)**
Esophageal reflux, Unspec disorder of refraction and accommodation, Cannabis Use Disorder, Moderate, Dental
caries extending into dentine, Injury of shoulder and upper arm, unspecified

**Inmate Requires Translator:** No          **Language:**
**Additional Records Required:**

Exam - ↓ ABDUC (R) shoulder
↓ forward Flexion
(R) shoulder
Gross Sens. (R) Hand.
3+/5 R.C. Strength.

**Comments:**
**Requested By:**  Ayers, Jessie PA-C

**Ordered Date:**  10/05/2016 07:40
**Scheduled Target Date:** 10/06/2016 00:00
**Level of Care:**  Medically Necessary - Non-Emergent

DX- R.C. Tendnits (R).
TX 1) Inject (R) shoulder
2) √ MRI (R) "
3) Re √ After MRI
4) MOBIC 7.5mg BID.
Pt BALL

XR 5-25-16 → (R) shoulder
X normal.

※ ( Dr. Ball had written ) ※

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  19124-057               Inmate Name:  CASH, BRIAN KEITH

__ Medical Hold: Do not transfer inmate for Medical Reason.

**Housing Status**

__ confined to the living quarters except  __ meals  __ pill line  __ treatments   Exp. Date: _____

__ on complete bed rest:  __ bathroom privileges only   Exp. Date: _____

__ cell:  __ cell on first floor  __ single cell  __ lower bunk  __ airborne infection isolation   Exp. Date: _____

__ other: _____   Exp. Date: _____

**Physical Limitation/Restriction**

X  all sports   Exp. Date:  12/02/2016

__ weightlifting:  __ upper body  __ lower body   Exp. Date: _____

__ cardiovascular exercise:  __ running  __ jogging  __ walking  __ softball   Exp. Date: _____
                            __ football  __ basketball  __ handball  __ stationary equipment

__ other: _____   Exp. Date: _____

**May have the following equipment in his/her possession**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 08/28/2012 | | |
|   Delivered by SHU PA | | | |
| Resistive Exercise Band(s) | 05/18/2009 | 09/09/2016 | |
| Arch Supports | 05/18/2009 | 09/09/2016 | |
|   AETREX 2 pair for increased cushion to shoes | | | |

**Work Restriction/Limitation**

Cleared for Food Service:  Yes_____

X  No Restrictions

**Restraint Restrictions**

X  cuff only front  __ no leg irons  __ no face down position in four-point restraints

__ no CN gas  __ no pepper spray

__ no cuff:  __ right arm  __ left arm  __ right leg  __ left leg

X  other:  Recommend front cuff with martin chain due to shoulder injury ____   Exp. Date:  01/04/2017

**Comments:**  metal detector: right hip/femur rod and screw

Seroski, Jennifer PA-C               11/02/2016
Health Services Staff                Date

Inmate Name: ____ **CASH, BRIAN KEITH** ____  Reg #:  **19124-057**  Quarters:  **B03** ____

***ALL EXPIRATION DATES ARE AT 24:00***



# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | CASH, BRIAN KEITH | | Reg #: 19124-057 |
| Date of Birth: | 03/06/1977 | Sex: M   Race: BLACK | Facility: LEW |
| Encounter Date: | 12/02/2016 08:06 | Provider: Seroski, Jennifer PA-C | Unit: C03 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Seroski, Jennifer PA-C

    **Chief Complaint:** Pain

    **Subjective:** Inmate reports to sick call requesting copy of MDS be put on door. Apparently he moved blocks and it was not transferred. He currently has a pass for a front cuff due to chronic shoulder pain and loss of ROM and has an MRI pending approval from region. He is also requesting pain medication. Tells me that Naproxen and Meloxicam do not help. Denies any changes.

    **Pain:** Not Applicable

---

**OBJECTIVE:**

**Exam:**

  **General**

    **Affect**

      Yes: Cooperative

    **Appearance**

      Yes: Alert and Oriented x 3

      No: Appears in Pain

  **Musculoskeletal**

    **Gait**

      Yes: Normal Gait

**ASSESSMENT:**

  Injury of shoulder and upper arm, unspecified, S4990XS - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Amitriptyline Tablet | 12/02/2016 08:06 | 25 mg  Orally  at bedtime x 30 day(s) Pill Line Only |

      **Indication:** Injury of shoulder and upper arm, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

(23)

| | | | |
|---|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | | Reg #: 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M Race: BLACK | | Facility: LEW |
| Encounter Date: 12/02/2016 08:06 | Provider: Seroski, Jennifer PA-C | | Unit: C03 |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 168199-LEW | Naproxen 500 MG Tab | 12/02/2016 08:06 | Take one tablet (500 MG) by mouth twice daily with food |

>    **Discontinue Type:** *When Pharmacy Processes*
>    **Discontinue Reason:** *Failed Therapy*
>    **Indication:**

**Disposition:**

    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved

**Other:**

    Per chart review inmate is followed on Ortho clinic and has an MRI pending approval from the region
    He has a front cuff pass until MRI is completed and resulted
    Will start Elavil for pain management
    D/C Naproxen
    MDS sent to inmate and block
    F/U on Ortho as scheduled otherwise sick call prn

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/02/2016 | Counseling | Plan of Care | Seroski, Jennifer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Seroski, Jennifer PA-C on 12/02/2016 08:20
Requested to be cosigned by  Edinger, Andrew MD/CD.
Cosign documentation will be displayed on the following page.

(24)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASH, BRIAN KEITH | | | Reg #: | 19124-057 | |
| Date of Birth: | 03/06/1977 | Sex: | M      Race: BLACK | Facility: | LEW | |
| Note Date: | 03/07/2017 11:42 | Provider: | Seroski, Jennifer PA-C | Unit: | C03 | |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Seroski, Jennifer PA-C

Renew MDS for front cuff pass
Awaiting MRI for evaluation

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No


Completed by Seroski, Jennifer PA-C on 03/07/2017 11:48

(25)



# Bureau of Prisons
# Health Services
# Medical Duty Status

| Reg #: 19124-057 | Inmate Name: CASH, BRIAN KEITH |
| --- | --- |

__ Medical Hold: Do not transfer inmate for Medical Reason.

**Housing Status:**

| | Exp. Date: |
| --- | --- |
| __ confined to the living quarters except ___meals ___pill line ___treatments | Exp. Date: _____ |
| __ on complete bed rest: ___bathroom privileges only | Exp. Date: _____ |
| X cell: __cell on first floor ___single cell X lower bunk ___airborne Infection isolation | Exp. Date: 03/10/2017 |
| __ other: _____ | Exp. Date: _____ |

**Physical Limitation/Restriction:**

| | Exp. Date: |
| --- | --- |
| X all sports | Exp. Date: 03/10/2017 |
| __ weightlifting: ___upper body ___lower body | Exp. Date: _____ |
| __ cardiovascular exercise: ___running ___jogging ___walking ___softball ___football ___basketball ___handball ___stationary equipment | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

**May have the following equipment in his/her possession:**

| Equipment | Start Date | End Date | Return Date |
| --- | --- | --- | --- |
| Eye Glasses | 08/28/2012 | | |
| Delivered by SHU PA | | | |
| Resistive Exercise Band(s) | 05/18/2009 | 09/09/2016 | |
| Arch Supports | 05/18/2009 | 09/09/2016 | |
| AETREX 2 pair for increased cushion to shoes | | | |

**Work Restriction/Limitations:**

Cleared for Food Service: Yes____

X No Restrictions

**Restraint Restrictions:**

X cuff only front   ___no leg irons   ___no face down position In four-point restraints

___no CN gas   ___no pepper spray

___no cuff:   ___right arm   ___left arm   ___right leg   ___left leg

X other: Recommend front cuff with martin chain due to shoulder injury       Exp. Date: 03/10/2017

**Comments:** metal detector: right hip/femur rod and screw

I/M is required to continue home physical therapy exercises

| Seroski, Jennifer PA-C | 01/04/2017 |
| --- | --- |
| Health Services Staff | Date |

| Inmate Name: CASH, BRIAN KEITH | Reg #: 19124-057 | Quarters: C03 |
| --- | --- | --- |

*ALL EXPIRATION DATES ARE AT 24:00*

(26)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CASH, BRIAN KEITH | | Reg #: | 19124-057 |
| Date of Birth: 03/06/1977 | Sex: M Race: BLACK | Facility: | LEW |
| Encounter Date: 03/10/2017 11:15 | Provider: Dees, S. NREMT-P | Unit: | G01 |

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY 1    Provider:   Dees, S. NREMT-P**

Date of Injury:       03/10/2017 11:15     Date Reported for Treatment:     03/10/2017 11:15
Work Related:     No                 Work Assignment:    UNASSG
Pain Location:
Pain Scale:   Refused
Pain Qualities:
Where Did Injury Happen (Be specific as to location):
   J-Block Cell 115
Cause of Injury (Inmate's Statement of how injury occurred):
   IM was involved in a calculated use of force
Symptoms (as reported by Inmate):
   IM refused to speak to staff member

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/10/2017 | 11:15 LEW | 110 | Radial | Regular | Dees, S. NREMT-P |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/10/2017 | 11:15 LEW | 16 | Dees, S. NREMT-P |

Exam:
General
   Affect
       Yes: Irritable
   Appearance
       Yes: Appears Well, Alert and Oriented x 3
       No: Appears Distressed
Peripheral Vascular
   Arms
       Yes: Radial Pulse Normal, Capillary Refill Normal
   Legs
       Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
IM is involved in a calculated use of force. Staff relays that the IM was flooding the cell and threatening staff. Upon staff arrival IM insisted that he was a martin chain and front cuff only. This is not reflected on his medical duty status. I also confirmed this with the block PA. IM was restrained and removed from the cell. IM is noted to be alert and oriented in no acute distress. IM moved to the first floor shower area with out incident. IM is noted to have a normal gait. IM placed in to alternate clothing and ambulatory restraints. IM refused to talked when asked if he had any injuries. IM is noted to have no injuries at this time. IM is noted to have good circulation below the restraints with <2 second capillary



| Inmate Name: | CASH, BRIAN KEITH | | | Reg #: | 19124-057 |
| Date of Birth: | 03/06/1977 | Sex: | M   Race:  BLACK | Facility: | LEW |
| Encounter Date: | 03/10/2017 11:15 | Provider: | Dees, S. NREMT-P | Unit: | G01 |

in all 4 extremities.  IM moved to G-Block Cell 126 without further incident.

**PLAN:**

**Disposition:**
  Follow-up at Sick Call as Needed

**Other:**
  Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/10/2017 | Counseling | Access to Care | Dees, S. | No Participation |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Dees, S. NREMT-P on 03/10/2017 12:15
Requested to be cosigned by  Edinger, Andrew MD/CD.
Cosign documentation will be displayed on the following page.

(28)

# Bureau of Prisons
# Health Services
## Medical Duty Status

| Reg #: 19124-057 | Inmate Name: CASH, BRIAN KEITH |
|---|---|

___ Medical Hold: Do not transfer inmate for Medical Reason.

| | Exp. Date: |
|---|---|
| ___ confined to the living quarters except ___ meals ___ pill line ___ treatments | Exp. Date: _____ |
| ___ on complete bed rest: ___ bathroom privileges only | Exp. Date: _____ |
| X cell: ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation | Exp. Date: 06/09/2017 |
| ___ other: _____ | Exp. Date: _____ |

| | Exp. Date: |
|---|---|
| X all sports | Exp. Date: 06/09/2017 |
| ___ weightlifting: ___ upper body ___ lower body | Exp. Date: _____ |
| ___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball | Exp. Date: _____ |
| ___ football ___ basketball ___ handball ___ stationary equipment | |
| ___ other: _____ | Exp. Date: _____ |

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 08/28/2012 | | |
| Delivered by SHU PA | | | |
| Resistive Exercise Band(s) | 05/18/2009 | 09/09/2016 | |
| Arch Supports | 05/18/2009 | 09/09/2016 | |
| AETREX 2 pair for increased cushion to shoes | | | |

Cleared for Food Service: Yes

X No Restrictions

| X cuff only front | ___ no leg irons | ___ no face down position in four-point restraints |
|---|---|---|

___ no CN gas      ___ no pepper spray

___ no cuff: ___ right arm ___ left arm ___ right leg ___ left leg

| X other: Front cuff with martin chain only due to shoulder injury | Exp. Date: 03/09/2018 |
|---|---|

**Comments:** metal detector: right hip/femur rod and screw

I/M is required to continue home physical therapy exercises

| Barner, M. NRP | 03/15/2017 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: CASH, BRIAN KEITH | Reg #: 19124-057 | Quarters: J01 |
|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

(29)

# Bureau of Prisons
# Health Services
# Consultation Request

| Inmate Name: CASH, BRIAN | Reg #: 19124-057 | Complex LEW |
|---|---|---|
| Date of Birth:     03/06/1977 | Sex:    M | |

**Consultation/Procedure Requested:**     Orthopedic Surgery

**Subtype:**    Procedure - Outside

**Reason for Request:**
MUA RIGHT SHOULDER
Inmate examined in-house 04/06/2017 by orthopedic consultant Dr. Ball.
Impression:
- Relates pain 6-7/10
- Relates no tingling right arm
- Decreased Abduction to 70 degrees
- Decreased forward Flexion
- Good sensation Right Hand
- 03/29/2017 MRI Mild Tendonitis (R)
- Adhesive Capsulitis (R) Shoulder
Plan:
- Inject (R) Shoulder
- Check X-ray (R) Shoulder
- Recommend MUA (R) Shoulder (Manipulation Under Anesthesia)
- Follow up in 1 month
- Recommend Front Cuffs

The consultation request submitted by Fasciana, Francis MLP on 04/06/2017 for Orthopedic Surgery, Procedure - Outside was Approved on 04/10/2017.

**Comments:**
Approval based upon medical necessity and/or acuity.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAIN*

Inmate Name: Brian Cade
Register Number: _____ 057
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

**(c)** Attorneys *(Firm Name, Address, and Telephon*

## II. BASIS OF JURISDICTION *(Place an*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Ques *(U.S. Gove*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate C*

RECEIVED
SCRANTON
FEB 27 2018
PER _____ DEPUTY CLERK

## IV. NATURE OF SUIT *(Place an "X" in One*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### PERSONAL INJ
- ☐ 310 Airplane
- ☐ 315 Airplane Produ Liability
- ☐ 320 Assault, Libel Slander
- ☐ 330 Federal Emplo Liability
- ☐ 340 Marine
- ☐ 345 Marine Produc Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liabili
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury Medical Malpra

### CIVIL RIGHTS
- ☐ 440 Other Civil Rig
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodation
- ☐ 445 Amer. w/Disabi Employment
- ☐ 446 Amer. w/Disabi Other
- ☐ 448 Education

RECEIVED
SCRANTON
FEB 27 2018
PER _____ DEPUTY CLERK

Legal mail

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐

## VI. CAUSE OF ACTION
Cite the U.S. Civ

Brief description

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF UNDER RU

## VIII. RELATED CASE(S) IF ANY
*(See instructions*

DATE 2/20/18

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT